ROYAL NORWEGIAN GOVERNMENT, Plaintiff, v. FRANGO CORPORATION, Defendant.— Submission unanimously dismissed without prejudice and, without costs to either party, pursuant to section 548 of the Civil Practice Act, on the ground that there are insufficient facts submitted to enable the court to render judgment, and because of the necessity for the selection among conflicting inferences in order to make such determination (*Graham* v. *East 88th St. Corp.*, 282 App. Div. 754). Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MERCER HICKS CORPORATION et al., Defendants. GEORGE C. KIMBER et al., as Trustees under the Will of ANNE A. KIMBER, Deceased, Appellants; DANIEL J. RIESNER, as Receiver, Respondent.— Unfortunately after a hearing in this matter certain facts essential to a determination of appellants' claim have not been ascertained and on the record before us are not ascertainable. The matter must, therefore, be remitted to Special Term to trace the source of deposits made in the bank account at the time of and after the deposit of appellants' funds and to identify the recipients of the subsequent withdrawals. Specific findings are required as to these items and a responsive determination of appellants' claim should then be made by Special Term. Order unanimously modified and the matter remitted to Special Term for further proceedings in accordance with the above memorandum. Settle order on notice. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

In the Matter of the Accounting of HATTIE SCHNAPP, as Executrix and Surviving Trustee under the Will of HERMAN BASCH, Deceased, and of PAUL W. VORTREFFLICH, as Cotrustee under the Will of HERMAN BASCH, Deceased. LEON SCHNAPP, as Administrator of the Estate of HATTIE SCHNAPP, Deceased, Appellant; PAUL W. VORTREFFLICH, as Executor and Trustee under the Will of FRED BASCH, Deceased, and as Cotrustee under the Will of HERMAN BASCH, Deceased, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

REGAL MUSIC CO., INC., Respondent, v. NAT GOROS et al., Individually and as Copartners Doing Business under the Names of COMMERCIAL AMUSEMENT SERVICE and COMMERCIAL CIGARETTE SERVICE, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

In the Matter of MAURICE BRANDON, an Alleged Mentally Ill Person, Appellant. CITY OF NEW YORK, Respondent.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.